UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERATED INDIANS OF GRATON RANCHERIA,<br><br>Plaintiff,<br><br>v.<br><br>DEB HAALAND, et al.,<br><br>Defendants. | Case No.  24-cv-08582-RFL<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Civil Local Rule 72-1, this matter is referred

[ ]  for random assignment to a United States Magistrate Judge

[X] to United States Magistrate Judge Alex G. Tse to conduct a settlement

conference.

The parties will be advised of the date, time and place of the next appearance by notice

from the assigned Magistrate Judge.

In the interest of time, the Court is making this referral without consultation of the

parties. If the parties object to a settlement conference or have a preferred alternative for ADR,

they may file a joint statement by January 21, 2025.

**IT IS SO ORDERED.**

Dated: January 14, 2024

_____

RITA F. LIN
United States District Judge

1