UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERATED INDIANS OF GRATON RANCHERIA,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>       Defendants. | Case No.  24-cv-08582-RFL<br><br><br>**ORDER GRANTING MOTION TO CONSOLIDATE AND TO AMEND BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 79 |
| FEDERATED INDIANS OF GRATON RANCHERIA,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>       Defendants. | Case No.  25-cv-01640-RFL<br><br><br>**ORDER GRANTING MOTION TO CONSOLIDATE AND TO AMEND BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 18 |

Defendants filed a motion to consolidate the above-captioned cases.  Based on Plaintiff's non-opposition, the motion to consolidate is **GRANTED**.  Additionally, the following briefing schedule—which includes page limitations—is adopted:

- Plaintiff's motion for summary judgment and any motion regarding the sufficiency of the administrative record: **May 6, 2025 (50 pages max)**
- Defendants' summary judgment motion/opposition and opposition to any motion regarding the sufficiency of the administrative record: **June 3, 2025 (50 pages max)**
- Plaintiff's summary judgment opposition/reply and reply in support of any motion

1

regarding the sufficiency of the administrative record: **June 24, 2025 (30 pages max)**

- Defendants' summary judgment reply: **July 15, 2025 (25 pages max)**
- Hearing on the summary judgment motion: **August 5, 2025**

**IT IS SO ORDERED.**

Dated: March 20, 2025

_____
RITA F. LIN
United States District Judge

2